ACCEPTED
01-15-00563-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 6:10:23 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00563-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 6:10:23 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE
## COURT OF APPEALS

## FIRST DISTRICT AT HOUSTON, TEXAS

_____

## MIKOB PROPERTIES, INC., *Appellant*

## vs.

## STAR ELECTRICITY d/b/a STARTEX POWER, *Appellee*
_____

### On Appeal from the 129th Judicial District Court
### Harris County, Texas

### Trial Court Cause No. 2011-04799

## UNOPPOSED SECOND MOTION OF APPELLANT TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellant files this Second Unopposed Motion to Extend Time to File Appellant's Brief, and in support thereof shows, as follows:

1.     The deadline for Appellant to file its brief was originally September 17, 2015. This deadline had previously been extended to November 2, 2015, as a result of Appellant's first Unopposed Motion to Extend Time to File Brief.

2.     Appellant requests a second extension until November 16, 2015, to

file its brief.

3.      Appellant's counsel has a jury trial beginning on November 3, 2015, in Fort Bend County, Texas. Counsel expected the case to settle, but it has not and Counsel does not expect it to settle.

## II. Memorandum of Authorities

5.      Tex. R. App. P. 38.6 and 10.5(b) give the court the authority to modify and extend the deadline to file a brief.

## III. Relief Requested

Appellant respectfully requests that the Court grant its motion to extend the deadline to file its brief until November 16, 2015. Appellant respectfully requests such other and further relief to which it may be entitled.

Respectfully submitted,

**MARK A. SANDERS, P.C.**

By:     /s/ Mark A. Sanders
        Mark A. Sanders
        State Bar No. 17600500
        11511 Katy Freeway, Suite 600A
        Houston, Texas 77079
        Telephone:  281-531-0902
        Telecopier:  281-531-0908
        Email: mark@msanderslaw.com

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify I have contacted opposing counsel and opposing counsel is unopposed to Appellant's Motion to Extend Deadline to File Brief.

/s/ Mark A. Sanders
Mark A. Sanders

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Extend Deadline to File Brief was served, pursuant to Texas Rules of Appellate Procedure 9.2 and 9.5, via e-file/serve, on this the 20th day of October, 2015, to:

Rodney L. Drinnon
Veronica Montemayor
McCathern, PLLC
2000 West Loop South, Suite 2100
Houston, Texas 77027
*E-file/serve*

/s/ Mark A. Sanders
Mark A. Sanders